SAMPLE #2

# FILED

JUL 1 2 2019

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____KMT_____,DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA .

)
)
)
)
Plaintiff(s)    )
Taylor, Tonesha D.    )
vs.    )
)
)
)
)
Defendant(s)    )
)
Apple Inc

## CIV 19   632

CASE NO._____

## COMPLAINT

- Employer Apple failed to notify me of a job Classification ~~accommodation~~ which would have accomodated me.

- Employer has retailed against because of my previous EEOC charge, and I am being deined an accomodation and discriminated against because of my disability in violation of the Americans with disabilities Act of 1990

- Employer attorney of record Lied to EEOC and I have evidence of deception that the Attorney submitted in form of Respondants statement to EEOC federal investigator

NOTE:  *Your signature, address and phone number must appear at the end of each pleading.*

Tonesha D. Taylor
12831 N. Stratford Dr #79
OKC, OK 73120
405 215 5877